**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAWN MIGHACCIO,<br><br>             Plaintiff,<br><br>v.<br><br>HATFIELD PORTFOLIO GROUP, LLC,<br>et al.,<br><br>             Defendants. | **Case No.: 1:17-cv-00687-LJO-JLT**<br><br>**[~~PROPOSED~~] ORDER CLOSING CASE AS<br>TO BLUE STEM BRANDS, INC. D/B/A<br>FINGERHUT ONLY**<br>**(Doc. 5)** |

On July 11, 2017, the plaintiff filed a notice of voluntary dismissal s to Blue Stem Brands, Inc., DBA Fingerhut. (Doc. 5) Federal Rules of Civil Procedure Rule 41 provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . ." Fed. R. Civ. P. 41(a)(1)(A). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action as to Blue Stem Brands, Inc., DBA Fingerhut **only** in light of the notice of voluntary dismissal without prejudice filed and properly signed pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **July 12, 2017**              **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE