# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN MIGHACCIO, <br><br> Plaintiffs, <br><br> v. <br><br> HATFILED PORTFOLIO GROUP, LLC, et al., <br><br> Defendants. | Case No.: 1:17-cv-00687 LJO  JLT <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE |

Because there had been no appearance by any defendant and the plaintiff had failed to demonstrate service of process, the Court ordered the plaintiff to show cause why sanctions should not be imposed.  In response, the plaintiff has filed proof of service on defendant, Hatfield Portfolio Group, LLC.  (Doc. 8)  Therefore, the Court **ORDERS**:

1. The order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **August 3, 2017**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE