1
2
3
4
5
6
7
8
**UNITED STATES DISTRICT COURT**
9
**EASTERN DISTRICT OF CALIFORNIA**
10
11
DAWN MIGHACCIO,
)   Case No.: 1:17-cv-00687 LJO  JLT
)
12
         Plaintiffs,
)   ORDER CONTINUING SCHEDULING
)   CONFERENCE
13
         v.
)
)
14
HATFIELD PORTFOLIO GROUP, LLC, et
)
al.,
)
15
)
         Defendants.
)
16
17
18
         The Clerk of the Court has entered default against Hatfield Portfolio Group, LLC (Doc. 12)

19
and the plaintiff has dismissed Bluestem Brands Inc. (Docs. 5, 6) The plaintiff has been unable to

20
serve the remaining defendant, Accelerated Servicing Group, LLC.  (Doc. 11 at 2).  The plaintiff seeks

21
30 days to attempt to locate and serve this defendant.  Id.  Thus, the Court **ORDERS**:

22
         1.      **No later than September 8, 2017**, the plaintiff **SHALL** file a report setting forth the

23
status of service on the remaining defendant or file a proof of service demonstrating that service has

24
been accomplished;

25
///

26
///

27
///

28
///

1

2. The scheduling conference is **CONTINUED** to **December 1, 2017** at 9:00 a.m. The joint scheduling report **SHALL** be filed **no later than November 24, 2017**.

**The plaintiff is advised that the Court does not contemplate extending additional time beyond that afforded here to serve the defendant. Thus, he is urged to use best efforts to serve the defendant expeditiously.**

IT IS SO ORDERED.

Dated:   **August 14, 2017**                        **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE