# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN MIGHACCIO, | Case No.: 1:17-cv-00687-LJO-JLT |
| Plaintiff, | **ORDER CLOSING CASE AS TO ACCELERATED SERVICING GROUP, LLC** |
| v. | **(Doc. 14)** |
| HATFIELD PORTFOLIO GROUP, LLC, et al., | |
| Defendants. | |

On September 5, 2017, the plaintiff filed a notice of voluntary dismissal as to Accelerated Servicing Group, LLC. (Doc. 14) Federal Rules of Civil Procedure Rule 41 provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . ." Fed. R. Civ. P. 41(a)(1)(A). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action as to Accelerated Servicing Group, LLC **only** in light of the notice of voluntary dismissal without prejudice filed and properly signed pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **September 6, 2017**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE